IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

B&B WELDING, INC.,

    Plaintiff,

v.                                               CV No. 21-755 GBW/CG

WPX ENERGY PERMIAN, LLC,

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE AND FOR STATUS REPORT

**THIS MATTER** is before the Court upon Plaintiff's *Response to Order to Show Cause* (the "Response"), (Doc. 6), filed January 18, 2022, which comes after the Court previously ordered Plaintiff to show cause why this matter should not be dismissed for failure to prosecute, (Doc. 5). In the Response, Plaintiff explains that the parties have "agreed to an extension until February 16, 2022 for Defendant WPX's Answer to the Amended Complaint to allow the parties additional time" to attempt to settle the underlying lawsuit. (Doc. 6 at 2). As such, Plaintiff asks that the Court not dismiss this matter under D.N.M. LR-Civ. 41.1 for failure to prosecute. The Court finds Plaintiff's response to be satisfactory.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 5), is **QUASHED**.

**IT IS FURTHER ORDERED** that if Defendant has not filed a responsive pleading to the Amended Complaint by the above agreed-upon deadline, Plaintiff shall file a status report by **February 18, 2022**, updating the Court regarding the status of this matter.

2

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE