IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

B&B WELDING, INC.,

    Plaintiff,

v.                                                         CV No. 21-755 GBW/CG

WPX ENERGY PERMIAN, LLC,

    Defendant.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon Plaintiff's *Status Report* (the "Report") (Doc. 9), filed February 18, 2022. In the Report, Plaintiff states that "the Underlying Lawsuit settled at the February 9, 2022 mediation," and thus that Plaintiff "wishes to dismiss the above-captioned declaratory judgment action against WPX with prejudice." *Id.* at 2.

**IT IS THEREFORE ORDERED** that closing documents shall be submitted no later than **March 22, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE